OMA-#314180-v1-Kaukauna_Expenses.XLS

| DESCRIPTION | October | November | December |
|---|---|---|---|
| **EXPENSES:** | | | |
| **ROOMS EXPENSE** | | | |
| **ROOMS PAYROLL** | | | |
| Desk-Salaries | 6,868 | 6,647 | 6,868 |
| Desk-Bonus | 50 | 50 | 50 |
| **TOTAL DESK PAYROLL** | 6,918 | 6,697 | 6,918 |
| | | | |
| Cont Breakfast-Salaries | 0 | 0 | 0 |
| **TOTAL BREAKFAST PAYROLL** | 0 | 0 | 0 |
| | | | |
| Hskp-Salaries | 3,750 | 3,000 | 2,875 |
| Hskp-Bonus | 87 | 87 | 87 |
| Laundry-Salaries | 259 | 207 | 198 |
| Laundry-Bonus | 0 | 0 | 0 |
| **TOTAL HSKG & LAUNDRY PAYROLL** | 4,095 | 3,294 | 3,160 |
| | | | |
| Contract labor | 0 | 0 | 0 |
| Payroll taxes | 991 | 899 | 907 |
| **TOTAL ROOMS PAYROLL** | 12,005 | 10,890 | 10,985 |
| | | | |
| **ROOMS OTHER EXPENSE** | | | |
| Cleaning supplies | 188 | 150 | 144 |
| Guest room supplies | 585 | 468 | 449 |
| Furniture & Fixtures | 366 | 366 | 366 |
| Guest Relations | 53 | 42 | 40 |
| Door Lock Supplies/Maint. | 15 | 12 | 12 |
| Laundry supplies | 329 | 263 | 252 |
| Public areas supplies | 188 | 150 | 144 |
| Linen | 450 | 360 | 345 |
| Linen/Bedding | 0 | 0 | 0 |
| Bedspreads/Window Treatments | 0 | 0 | 0 |
| Uniforms | 12 | 12 | 12 |
| Decorations | 17 | 17 | 17 |
| Theme Suites | 100 | 100 | 100 |
| Guest newspapers | 0 | 0 | 0 |
| Overbook Expense | 30 | 30 | 30 |
| Guest Transportation | 0 | 0 | 0 |
| Vehicle Towing | 0 | 0 | 0 |
| Baggage Handling | 0 | 0 | 0 |
| **TOTAL ROOMS OTHER EXPENSE** | 2,331 | 1,970 | 1,910 |
| | | | |
| **CONTINENTAL BREAKFAST** | | | |
| Continental Breakfast-Food | 1,463 | 1,170 | 1,121 |
| ContinentalBreakfast-NonFood | 195 | 156 | 150 |
| **TOTAL CONT BREAKFAST** | 1,658 | 1,326 | 1,271 |



Exhibit "A"

OMA-#314180-v1-Kaukauna_Expenses.XLS

| | | | |
|---|---|---|---|
| **TOTAL ROOMS EXPENSE** | 15,994 | 14,186 | 14,166 |
| | | | |
| **TELEPHONE EXPENSE** | | | |
| Pager/Cell Phone Expense | 190 | 190 | 190 |
| Telephone | 300 | 300 | 300 |
| Telephone Equipment | 0 | 0 | 0 |
| **TOTAL TELEPHONE EXPENSE** | 490 | 490 | 490 |
| | | | |
| **MISCELLANEOUS EXPENSE** | | | |
| Catering-COGS | 0 | 0 | 0 |
| Golf Packages - COGS | 0 | 0 | 0 |
| Meeting Room Expense | 0 | 0 | 0 |
| Property Owned Vending-COGS | 0 | 0 | 0 |
| Vendor Owned Vending-COGS | 0 | 0 | 0 |
| Sundries COGS | 0 | 0 | 0 |
| Guest Laundry COGS | 0 | 0 | 0 |
| Movies-COGS | 0 | 0 | 0 |
| Gas Cards-COGS | 0 | 0 | 0 |
| Tickets-COGS | 0 | 0 | 0 |
| Storage Units - COGS | 0 | 0 | 0 |
| Miscellaneous & Other | 0 | 0 | 0 |
| **TOTAL MISC EXPENSE** | 0 | 0 | 0 |
| | | | |
| **UTILITIES** | | | |
| Electricity | 1,934 | 2,478 | 2,058 |
| Water & Sewer | 1,480 | 1,735 | 1,431 |
| Gas | 586 | 704 | 806 |
| Salt | 200 | 200 | 200 |
| Trash removal | 80 | 80 | 80 |
| Exterminating | 60 | 60 | 60 |
| Cable/Satellite TV | 844 | 844 | 844 |
| Internet Services | 359 | 359 | 359 |
| **TOTAL UTILITIES** | 5,543 | 6,460 | 5,838 |
| | | | |
| **MAINTENANCE:** | | | |
| **MAINTENANCE PAYROLL** | | | |
| Maintenance-Salaries | 1,403 | 1,358 | 1,403 |
| Maintenance-General Cleaning | 0 | 0 | 0 |
| Maintenance-Bonus | 10 | 10 | 10 |
| Contract labor | 0 | 0 | 0 |
| Payroll taxes | 127 | 123 | 127 |
| **TOTAL MAINT PAYROLL** | 1,540 | 1,491 | 1,540 |
| | | | |
| **MAINTENANCE EXPENSE** | | | |
| General maint. supplies | 16 | 13 | 13 |

OMA-#314180-v1-Kaukauna_Expenses.XLS

| | | | |
|---|---:|---:|---:|
| Lightbulbs | 38 | 30 | 29 |
| Tools | 10 | 10 | 10 |
| Aquarium Supplies/Maint | 0 | 0 | 0 |
| Building maintenance | 300 | 240 | 230 |
| TV Repair/Equipment | 0 | 0 | 0 |
| Electrical Maintenance | 58 | 47 | 45 |
| AC/Plumbing/Heating maint. | 286 | 229 | 219 |
| Carpeting/Flooring Maint. | 158 | 158 | 158 |
| Laundry equipment maint. | 76 | 61 | 58 |
| Swimming pool maint/supplies | 560 | 560 | 560 |
| Pool Treatment/Chemicals | 175 | 175 | 175 |
| Atrium maintenance | 0 | 0 | 0 |
| Computer Software-Maint | 80 | 80 | 80 |
| Telephone Equip Maintenance | 0 | 0 | 0 |
| Equipment maintenance | 150 | 120 | 115 |
| Furniture/Appliance Repair | 33 | 26 | 25 |
| Security Equip Maintenance | 0 | 0 | 0 |
| Annual Inspection Fees | | | 37 |
| Parking Lot Maintenance | 0 | 0 | 0 |
| Grounds & Landscaping | 193 | 0 | 0 |
| Snow removal | 0 | 693 | 693 |
| Vehicle Expense/Supplies | 0 | 0 | 0 |
| Vehicle-Gas | 0 | 0 | 0 |
| Sign maintenance | 0 | 0 | 0 |
| Maintenance contracts | 0 | 0 | 0 |
| Equipment purchase | 0 | 0 | 0 |
| Equipment rental | 0 | 0 | 0 |
| Storage Lease/Rental | 50 | 50 | 50 |
| Fire/Building Damage | 0 | 0 | 0 |
| TOTAL MAINTENANCE EXPENSE | 2,182 | 2,491 | 2,496 |
| | | | |
| TOTAL MAINTENANCE | 3,722 | 3,982 | 4,036 |
| | | | |
| | | | |
| SALES & MARKETING: | | | |
| MARKETING PAYROLL | | | |
| Marketing Expense | 0 | 0 | 0 |
|   Marketing Services | 0 | 0 | 0 |
|   Marketing Sales Bonus | 0 | 0 | 0 |
|   Marketing Taxes | 0 | 0 | 0 |
|   Marketing - Executive Bonuses | 0 | 0 | 0 |
|   Marketing - AFLAC Ins. | 0 | 0 | 0 |
|   Marketing IRA Contribution | 0 | 0 | 0 |
|   Marketing Exec Retirement Plan | 0 | 0 | 0 |
|   Marketing Supplies | 10 | 10 | 10 |
| Travel/Mileage/Gas | 20 | 20 | 20 |
| Marketing Program | 56 | 56 | 56 |
| Entertainment | 0 | 0 | 0 |
| Payroll taxes | 0 | 0 | 0 |
| TOTAL MARKETING PAYROLL | 86 | 86 | 86 |

OMA-#314180-v1-Kaukauna_Expenses.XLS

| | | | |
|---|---:|---:|---:|
| **MARKETING SUPPLIES** | | | |
| Advertising supplies | | | |
| Referral Expense | | | |
| Frequent Traveler | | | |
| Directory | 300 | 300 | 300 |
| Property Brochures | 0 | 0 | 0 |
| Outdoor signs | 0 | 0 | 210 |
| Magazines/Newspapers | 143 | 143 | 143 |
| Travel Coupons | 0 | 0 | 0 |
| Midwest Travel Buddy | 0 | 0 | 0 |
| U.S. Travel Guide | 0 | 0 | 0 |
| Traveler Discount Guide | 0 | 0 | 0 |
| American Travel Services Inc | 0 | 0 | 0 |
| Promotion | 0 | 0 | 0 |
| Room Promotion | 0 | 0 | 0 |
| Travel agent commission | 240 | 192 | 184 |
| Web Design/Advertising | 0 | 0 | 0 |
| Reservation Cost | 101 | 82 | 82 |
| BW GDS Fees | 0 | 0 | 0 |
| Advertising general | 110 | 110 | 110 |
| **TOTAL MARKETING SUPPLIES** | 894 | 827 | 1,029 |
| | | | |
| **TOTAL SALES & MARKETING** | 980 | 913 | 1,115 |
| | | | |
| **FRANCHISE & OTHER FEES** | | | |
| Super 8 Fees | 0 | 0 | 0 |
| Marketing fees | 0 | 0 | 0 |
| Settle Inn Royalty Fee | 1,586 | 1,290 | 1,298 |
| Best Western Frequent Flyers | 0 | 0 | 0 |
| S8/RRoof VIP/Gold Crown Fees | 0 | 0 | 0 |
| Super 8 Trip Reward Fees | 0 | 0 | 0 |
| Super 8 Advertising Fee | 0 | 0 | 0 |
| Design Consultation | 0 | 0 | 0 |
| Inspection Fees | 0 | 0 | 0 |
| Processing Fees | 0 | 0 | 0 |
| Franchise Fee/BWestern Fee | 0 | 0 | 0 |
| S.I. Mktg & Reservation Fees | 1,019 | 830 | 834 |
| Rest Rewards Expense | 25 | 25 | 25 |
| Annual Report Fee | 0 | 0 | 0 |
| **TOTAL FRANCHISE & OTHER FEES** | 2,630 | 2,145 | 2,157 |
| | | | |
| **ADMINISTRATIVE & GENERAL:** | | | |
| **ADMIN & GENERAL EXPENSES** | | | |
| Bad Debts (Charged Off) | 0 | 0 | 0 |
| NSF Checks | 0 | 0 | 0 |
| Loss & Theft | 0 | 0 | 0 |

Case 10-82869-TLS   Doc 31-2   Filed 10/26/10   Entered 10/26/10 11:25:37   Desc
Exhibit A of Proposed Order - The Budget   Page 5 of 7

OMA-#314180-v1-Kaukauna_Expenses.XLS

| | | | |
|---|---:|---:|---:|
| Recovery Expense | 0 | 0 | 0 |
| Cash over/short | 0 | 0 | 0 |
| Bank Charges | 100 | 100 | 100 |
| Credit card charges | 815 | 664 | 667 |
| Dues/Subscriptions | | | |
| Licenses/Permits | | | 10 |
| General Manager Expense | | | |
|   General Manager Services | 2,944 | 2,944 | 2,944 |
|   General Manager Bonus | 250 | 250 | 250 |
|   General Manager PR Taxes | 287 | 287 | 287 |
|   General Manager Insurance | 0 | 0 | 0 |
|   General Manager AFLAC Ins | 0 | 0 | 0 |
|   General Manager IRA Contrib | 96 | 96 | 96 |
|   Gen Mng Ex Retirement Plan | 0 | 0 | 0 |
| Legal | 25 | 25 | 25 |
| Accounting | 0 | 0 | 0 |
| Donations | 0 | 0 | 0 |
| Holiday Decorations | 0 | 0 | 0 |
| Office supplies | 104 | 84 | 85 |
|   Office Equipment & Furniture | 45 | 37 | 37 |
| Postage | 75 | 75 | 75 |
| Printing/Copies | 26 | 26 | 26 |
| Workers Comp Insurance | 466 | 466 | 466 |
|   W/Comp Claims Pd-Motel | 0 | 0 | 0 |
| Employee Insurance | 0 | 0 | 0 |
| Security Services/Equipment | 0 | 0 | 0 |
| Travel expense/Mileage | 67 | 67 | 67 |
| Entertainment/Meals | 0 | 0 | 0 |
| Manager Regional Meetings | 0 | 0 | 0 |
| Annual Managers' Mtg | 0 | 0 | 0 |
| Education expense | | | |
|   Conferences/Workshops | | | |
|   Employee Training | 50 | 50 | 50 |
|   Guest Relations Training | 0 | 0 | 0 |
| Employee Expense | 33 | 33 | 33 |
|   Employer Contribution-IRA | 80 | 80 | 80 |
| Recruitment expense | 0 | 0 | 0 |
| Compliance & Safety Expense | 10 | 10 | 10 |
| Employee Recognition | 10 | 10 | 10 |
| Public Relations | 0 | 0 | 0 |
| Use Tax | 37 | 30 | 30 |
| Occupation Tax | 0 | 0 | 0 |
| Admin miscellaneous | 0 | 0 | 0 |
| TOTAL A&G EXPENSES | 5,522 | 5,335 | 5,350 |
| | | | |
| TOTAL ADMIN & GENERAL | 5,522 | 5,335 | 5,350 |
| | | | |
| INSURANCE | | | |
| Insurance - Commercial Auto | 0 | 0 | 0 |

OMA-#314180-v1-Kaukauna_Expenses.XLS

| | | | |
|---|---|---|---|
| Insurance - Prop/Casualty | 466 | 466 | 466 |
| Insurance - Liability | 77 | 77 | 77 |
| Emp Practices Liab Ins | 77 | 77 | 77 |
| Liability Ins-Claims Paid | 0 | 0 | 0 |
| Emp Practices Liab-Claims PD | 0 | 0 | 0 |
| Insurance - Flood | 0 | 0 | 0 |
| TOTAL INSURANCE | 620 | 620 | 620 |
| | | | |
| REAL ESTATE & PROPERTY TAXES | | | |
| Real estate tax | 1,920 | 1,920 | 1,920 |
| Personal property tax | 184 | 184 | 184 |
| Flood Protection Assessment | 0 | 0 | 0 |
| TOTAL REAL ESTATE TAXES | 2,103 | 2,103 | 2,103 |
| | | | |
| CORPORATE EXPENSES & CAPITAL: | | | |
| Capital Expenses | 0 | 0 | 0 |
| Loan Costs | 0 | 0 | 0 |
| SBA Servicing Fees | 0 | 0 | 0 |
| Refinancing Costs | 0 | 0 | 0 |
| Interest - Mortgage | 4,202 | 4,327 | 4,174 |
| Interest - 2nd Mortgage | 0 | 0 | 0 |
| Interest - Notes Payable | 0 | 0 | 0 |
| Interest - GFBW | 0 | 0 | 0 |
| Interest - Omaha | 0 | 0 | 0 |
| Interest - Seward | 0 | 0 | 0 |
| Interest - Line of Credit | 0 | 0 | 0 |
| Interest - LOC Alerus | 0 | 0 | 0 |
| Interest - Ready Reserve | 0 | 0 | 0 |
| Interest - Lease | 0 | 0 | 0 |
| Interest - Mortg(Woodlands) | 0 | 0 | 0 |
| Interest - Personal | 0 | 0 | 0 |
| Interest - Investor | 0 | 0 | 0 |
| Interest-Investor(Phase II) | 0 | 0 | 0 |
| Interest - Dave Graf | 0 | 0 | 0 |
| Interest - Dial Companies | 0 | 0 | 0 |
| Interest - Ray VanDynHoven | 0 | 0 | 0 |
| Interest - Fred Wolff | 0 | 0 | 0 |
| Interest - Joe Dietzen | 0 | 0 | 0 |
| Interest - Doug VanDynHoven | 0 | 0 | 0 |
| Interest - Rantoul Lodging | 0 | 0 | 0 |
| Interest - K Graf Trust | 0 | 0 | 0 |
| Interest - Investor (Land) | 0 | 0 | 0 |
| Interest-Investor(Land) III | 0 | 0 | 0 |
| Interest - Addition | 0 | 0 | 0 |
| Interest - Construction | 0 | 0 | 0 |
| Interest - Special Assessmnt | 0 | 0 | 0 |
| Interest - RE / PP TAXES | 0 | 0 | 0 |
| Interest/Fees | 0 | 0 | 0 |

OMA-#314180-v1-Kaukauna_Expenses.XLS

| Item | | | |
|---|---:|---:|---:|
| Penalties | 0 | 0 | 0 |
| Prepayment Penalty | 0 | 0 | 0 |
| Gain/Loss on sale of assets | 0 | 0 | 0 |
| Loss-Disposition of Assets | 0 | 0 | 0 |
| Management fees | 906 | 737 | 742 |
| Administrative Fees | 225 | 225 | 225 |
| Purchasing Fee | 0 | 0 | 0 |
| Cost of Sale of Assets | 0 | 0 | 0 |
| Partnership Loss | 0 | 0 | 0 |
| Maintenance Reimbursement | 0 | 0 | 0 |
| Bonus-Corporate | 0 | 0 | 0 |
| Vacation/Holiday pay | 0 | 0 | 0 |
| Contract labor | 0 | 0 | 0 |
| Payroll taxes | 0 | 0 | 0 |
| Workers comp insurance | 0 | 0 | 0 |
| Employee insurance | 0 | 0 | 0 |
| Office Supplies | 0 | 0 | 0 |
| Office Expense | 0 | 0 | 0 |
| Postage | 0 | 0 | 0 |
| Printing | 0 | 0 | 0 |
| Legal Fees | 0 | 0 | 0 |
| Accounting Fees | 0 | 0 | 0 |
| Annual Report | 0 | 0 | 0 |
| Licenses/Permits | 0 | 0 | 0 |
| Advertising/Promo | 0 | 0 | 0 |
| Education/Training | 0 | 0 | 0 |
| Subscriptions & Dues | 0 | 0 | 0 |
| Sales/Marketing | 0 | 0 | 0 |
| Bank Fees | 0 | 0 | 0 |
| Moving Expense | 0 | 0 | 0 |
| Equipment purchases | 0 | 0 | 0 |
| Equipment rental | 0 | 0 | 0 |
| Office rental | 0 | 0 | 0 |
| Interest | 0 | 0 | 0 |
| Interest - Notes | 0 | 0 | 0 |
| Depreciation | 0 | 0 | 0 |
| Section 179 Expense-Deprec | 0 | 0 | 0 |
| Amortization | 0 | 0 | 0 |
| Donations | 0 | 0 | 0 |
| Late Fees/Finance Charge | 0 | 0 | 0 |
| Taxes & Fees | 0 | 0 | 0 |
| TOTAL CORP AND CAPITAL EXP | 8,286 | 8,243 | 8,095 |
| | $42,936 | $41,523 | $41,017 |