## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 10-82869 |
| KAUKAUNA LODGING, INC. | ) | **(Lead Case)** |
| | ) | |
| Debtor. | ) | Chapter 11 |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 10-82868 |
| GRAND FORKS SETTLE INN | ) | |
| LIMITED PARTNERSHIP | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 10-82871 |
| GRAND FORKS LODGING | ) | |
| LIMITED PARTNERSHIP | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 10-43009 |
| SEWARD LODGING BUILDERS, INC. | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 10-43012 |
| LINCOLN VENTURES, L.L.C | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

### <u>AMENDED APPEARANCE AND REQUEST FOR NOTICE</u>

David M. Neff, Brian A. Audette and David J. Gold[1] of the law firm of Perkins Coie LLP

hereby amend their appearance to reflect the assignment of all of the rights and interests of Bank

of America, N.A., as Trustee for the Registered Holders of Wachovia Bank Commercial

Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2005-C22 to *U.S. Bank*

---

[1] David M. Neff was admitted to practice in the District of Nebraska on or about October 15, 2010 and admitted to practice in this case *pro hac vice* on October 18, 2010.  Brian A. Audette was admitted to practice in this case *pro hac vice* on February 24, 2011.  David J. Gold was admitted to practice in this case *pro hac vice* on October 22, 2010.

*National Association, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee,*

*successor to Wells Fargo Bank, N.A., as Trustee, for the registered holders of Wachovia Bank*

*Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2005-*

*C22* ("Lender").

Lender repeats its request that service of all notices, reports, proposed plans, briefs,

orders, other pleadings or any other documents or instruments filed in these proceedings in

which notice is required be made at the address set forth below:

> David M. Neff
> Brian A. Audette
> David J. Gold
> Perkins Coie LLP
> 131 S. Dearborn Street, Suite 1700
> Chicago, IL 60603-5559
> Telephone: 312.324.8400
> Facsimile:  312.324.9400
> dneff@perkinscoie.com
> baudette@perkinscoie.com
> dgold@perkinscoie.com

Dated:  June 23, 2011

U.S. Bank National Association, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor to Wells Fargo Bank, N.A., as Trustee, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2005-C22

By: */s/ David M. Neff*
    One of its Attorneys

David M. Neff, *admitted pro hac vice*
Brian A. Audette, *admitted pro hac vice*
David J. Gold, *admitted pro hac vice*
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Tel. No. 312-324-8400
Fax No. 312-324-9400

60642-0255/LEGAL19411031.2

T. Randall Wright (No. 16398)
Baird Holm LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE  68102
Tel. No. 402-636-8228
Fax No. 402-344-0588

60642-0255/LEGAL19411031.2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on June 23, 2011 he caused a copy of

the foregoing *Amended Appearance and Request for Notice* to be filed via the Court's CM/ECF

system and served via same, and as otherwise indicated, on the parties below:

*Via ECF notification:*

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

Jerry L. Jensen
jerry.l.jensen@usdoj.gov

Michael J. Mullen
mike.mullen@cox.net, mmullen@burnslawfirm.net

Robert V. Ginn
rvgbknotice@huschblackwell.com

Patrick Raymond Turner
patrick.turner@huschblackwell.com

T. Randall Wright
rwright@bairdholm.com

*Via U.S. Mail, postage prepaid*:

Tim Bergstrom
Eide Bailly, LLP
24 Second Ave SW
PO Box 430
Aberdeen, SD 57402

Nebraska Department of Revenue
Attn:  Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509-4818

*/s/ David M. Neff* _____